SONDRA KRAY *et al.*, Plaintiffs-Appellants, *v.* MICK R. RICCI, Defendant-Appellee.

(No. 57164;

First District (1st Division)—October 1, 1973.

Opinion by Mr. PRESIDING JUSTICE BURKE.

Harold A. Liebenson, of Chicago, for appellants.

Richard L. Berdelle, of Pretzel, Stouffer, Nolan & Rooney, of Chicago, (Joseph B. Lederleitner, of counsel,) for appellee.